UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SERING CEESAY,

        Petitioner,

     v.                                                        25-CV-267-LJV
                                                                     ORDER

THOMAS BROPHY et al.,

        Respondents.
_____

The petitioner, Sering Ceesay, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. He claims that his detention in United States Immigration and Customs Enforcement custody violates the Constitution and federal law. Docket Item 1. He seeks relief under 28 U.S.C. § 2241, Docket Item 1.

### **ORDER**

IT IS HEREBY ORDERED that the respondents shall file and serve an **answer** responding to the allegations in the petition **on or before April 4, 2025**; and it is further

ORDERED that **on or before April 4, 2025,** the respondents shall file and serve, in addition to their answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that **on or before April 4, 2025**, instead of their answer, the respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall file a written reply **on or before April 8, 2025**.

SO ORDERED.

Dated:   March 27, 2025
        Buffalo, New York

                                                    ***/s/ Lawrence J. Vilardo***
                                                    LAWRENCE J. VILARDO
                                                    UNITED STATES DISTRICT JUDGE