UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SERING CEESAY,

    Petitioner,

v.

STEVE KURZDORFER et al.,

    Respondents.

25-CV-267-LJV
ORDER

---

The Court has scheduled a hearing in this matter to take place on April 23, 2025, at 1:00 p.m.  In advance of that hearing, IT IS HEREBY:

ORDERED that U.S. Immigration and Customs Enforcement (ICE) shall present the petitioner in person for the hearing on April 23, 2025, at 1:00 p.m. in Niagara Courtroom, 8th Floor West, 2 Niagara Square, Buffalo, New York, before this Court; and it is further

ORDERED that the petitioner shall be transported with his nitroglycerin medication and any other prescribed medications that he is scheduled to take during the time he is away from the facility.  The petitioner also shall be provided a meal or "snack pack" so that he can take his medication with food; and it is further

ORDERED that Dr. Joseph Shin, ICE Officers Ryan L. Coburn and Damian Giraldo, and Assistant Field Office Director Darius L. Robinson will be permitted, if called by either party or the Court, to appear via video before the Court.

SO ORDERED.

Dated: April 21, 2025
       Buffalo, New York

 

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE