Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

SERING CEESAY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-cv-267

v.

STEVE KURZDORFER, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the government's motion to dismiss the amended petition is DENIED. Ceesay's petition is GRANTED in part and DENIED in part. More specifically, within 24 hours of the issuance of this order, Ceesay must be released to a public place under the conditions of his order of supervision, and he must be afforded the "opportunity to prepare for an orderly departure" promised in his Release Notification.

Date: July 11, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s / Donna
    Deputy Clerk